UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21997-CIV-ALTONAGA/Simonton

**SHORELINE MARINE FUEL, INC.**,

    Plaintiff,
vs.

**M/V "LADY LOTMORE II,"**

    Defendant.
_____/

**FINAL DEFAULT JUDGMENT**

**THIS CAUSE** came before the Court upon the September 12, 2012 Order granting default judgment against Defendant, M/V "Lady Lotmore II," her engines, machinery, boilers, appliances, equipment, and freight, *in rem* ("Vessel"). Pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, Shoreline Marine Fuel, Inc., and against Defendant, M/V "Lady Lotmore II," her engines, machinery, boilers, appliances, equipment, and freight, *in rem*.

2. Shoreline Marine Fuel, Inc. shall recover from the Vessel the amount of $360,768.06, consisting of $250,699.06 due to maritime liens and $110,069.00 in accrued *custodial legis* expenses through August 31, 2012, for which sum let execution issue. Shoreline Marine Fuel, Inc. shall also recover from the Vessel *custodial legis* expenses of $1,272.20 per day from September 1, 2012 through the date of the judicial sale of the Vessel.

Case No. 12-21997-CIV-ALTONAGA/Simonton

3. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001, *et seq.*, 28 U.S.C. §§ 3001–3307, and Federal Rule of Civil Procedure 69(a).

5. The Court retains jurisdiction over this cause and over the parties for the purposes of entering all further post-judgment orders that are just and proper.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of September, 2012.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record